In the Matter of the Will of JOSEPH C. KEMPF, Deceased. CHARLES W. KEMPF, Appellant; RAYMOND A. KEMPF, as Executor of JOSEPH C. KEMPF, Deceased, et al., Respondents.

Argued May 19, 1938; decided June 3, 1938.

*Ira M. Ball* and *Arthur J. Foley* for appellant.

*Henry F. Coupe* and *Leo O. Coupe* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.